IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XAVIER PITTS, #11008852,<br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED OFFICER/INDIVIDUAL<br>AT COLLIN COUNTY DETENTION<br>CENTER,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:11-CV-0190-B (BK) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of May, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE